JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEULAHLAND, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRUCK INSURANCE EXCHANGE, et al., <br><br> Defendants. | Case No. CV 20-6626-GW-AGRx <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

    IT IS SO ORDERED.

Dated: December 14, 2020

                                                       *[signature]*
                                        HON. GEORGE H. WU,
                                        UNITED STATES DISTRICT JUDGE